IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 3:07CR469–HEH |
| ) | |
| MOSSES GATEWOOD JOHNSON, ) | |
| ) | |
| Defendant. ) | |

## ORDER
**(Adopting the Report and Recommendation of the United States Magistrate Judge)**

THIS MATTER is before the Court on a Report and Recommendation ("R&R"), pursuant to 28 U.S.C. § 636(b)(1)(B) and (b)(3), filed by the Honorable Dennis W. Dohnal, United States Magistrate Judge ("Magistrate Judge"), on February 7, 2008. Having reviewed the R&R in this case and there being no objections, this Court HEREBY ACCEPTS and ADOPTS the February 7, 2008 Report and Recommendation of the Magistrate Judge. In accordance with that R&R, the Court HEREBY ACCEPTS Defendant's guilty plea, made pursuant to Fed. R. Crim. P. 11 and pursuant to a written plea agreement entered into by the United States and the defendant.

The Clerk is directed to send a copy of this Order to all counsel of record.

It is SO ORDERED.

/s/
Henry E. Hudson
United States District Judge

Date: Feb 25, 2008
Richmond, VA